SCF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 1511

2008 MAY 15 AM 10: 12

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No.________ |
| | ) | COMPLAINT FOR VIOLATION OF |
| Plaintiff, | ) | |
| | ) | Title 8, U.S.C., § 1326 |
| v. | ) | Attempted Entry After |
| | ) | Deportation |
| Francisco MORA-Nuno, | ) | |
| | ) | Title 18, U.S.C. § 1544 |
| Defendant. | ) | Misuse of Passport |
| | ) | |

YMA

The undersigned complainant being duly sworn states:

**Count I**

That on or about **May 14, 2008,** within the Southern District of California, defendant **Francisco MORA-Nuno**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

**Count II**

That on or about **May 14, 2008**, within the Southern District of California, defendant **Francisco MORA-Nuno** did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting U.S. passport number 037375966, issued to Luis Mendoza to a Department of Homeland Security, Customs and Border Protection Officer, knowing full well that he was not Luis Mendoza, that the passport was not issued or designed for his use, and that he is not a United States citizen entitled to a U.S. Passport; in violation of Title 18, United States Code, Section 1544.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS **15th** DAY OF **May, 2008.**

UNITED STATES MAGISTRATE JUDGE
**CATHY ANN BENCIVENGO**

SCF

**PROBABLE CAUSE STATEMENT**

On May 14, 2008 at approximately 2:11 PM, **Francisco MORA-Nuno (Defendant),** applied for admission to the United States at the San Ysidro Port of Entry via the pedestrian primary lanes. Defendant claimed United States citizenship and presented a United States Passport bearing the name Luis MENDOZA to a CBP Officer. Defendant told the CBP Officer that he was on his way to Los Angeles, California. The CBP Officer noticed that the passport had been photo-altered and referred Defendant to secondary for further inspection.

In secondary, Defendant's fingerprints were queried through the Integrated Automated Fingerprint Identification System (IAFIS) and the Automated Biometric Identification System (IDENT). IAFIS and IDENT returned with a positive match, confirming Defendant's identity and linking him to FBI and Immigration Service records.

Immigration records indicate that Defendant is a citizen of Mexico without legal rights or entitlements to enter into, pass through, or reside in the United States. Further queries through the Immigration Central Index System (CIS) and the Deportable Alien Control System (DACS) confirm that Defendant was ordered deported by an Immigration Judge on or about January 18, 2006. Immigration records indicate the Defendant has neither applied for nor received permission from the United States Attorney General or the Secretary of Homeland Security to legally reenter the United States.

During a videotaped interview, Defendant was advised of his Miranda rights and elected to answer questions without the benefit of counsel. Defendant stated that he is a citizen of Mexico by birth in Mexicali, Baja California, Mexico. Defendant stated he presented a United States passport belonging to another person. Defendant stated that he was on his way to Lancaster, California to see his mother.