FILED
08 JUN 11 PM 3:48
BY: ECG DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FRANCISCO MORA-NUNO, Defendant. | Criminal Case No. '08 CR 1905 JM |
| | I N D I C T M E N T |
| | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation; Title 18, U.S.C., Sec. 1544 - Misuse of Passport (Felony) |

The grand jury charges:

Count 1

On or about May 14, 2008, within the Southern District of California, defendant FRANCISCO MORA-NUNO, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that

//

JPME:em:San Diego
6/11/08

was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant FRANCISCO MORA-NUNO was removed from the United States subsequent to June 25, 1996.

Count 2

On or about May 14, 2008, within the Southern District of California, defendant FRANCISCO MORA-NUNO, did willfully and knowingly use a United States passport, issued and designed for use of another in the following manner, to wit: defendant presented a United States passport to a federal officer, claiming to be Luis Mendoza, a Naturalized United States citizen, knowing full well that he was not; in violation of Title 18, United States Code, Section 1544, a felony.

DATED: June 11, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
JAMES P. MELENDRES
Assistant U.S. Attorney